1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY SBN #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CHAYNA HANLEY
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:18-mj-00067 JDP
12 | Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER**
13 | vs. |
   |   | Date:  March 24, 2020
14 | CHAYNA HANLEY, | Time:  10:00 a.m.
   |   | Judge: Hon. Jeremy D. Peterson
15 | Defendant. |

16

17  The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for

19 the defendant, Chayna Hanley, hereby stipulate and jointly move this Court to vacate the review

20 hearing scheduled for March 24, 2020.

21  On April 17, 2019, Ms. Hanley pleaded guilty to a violation of 36 CFR § 4.2

22 incorporating California Vehicle Code §23103.5a.  Ms. Hanley was sentenced to 12 months of

23 unsupervised probation, a $750.00 fine and directed to complete the California DMV "Wet and

24 Reckless" program.  As of the instant filing, Ms. Hanley has substantially complied with all

25 terms of her probation.  Ms. Hanley is enrolled in the DMV program through S.T.E.P.S based in

26 Bakersfield, California.  However, due to the ongoing COVID-19 emergency, the program has

27 halted operations for the foreseeable future.

28  Based on Mr. Hanley's substantial compliance, the parties now jointly move the court to

vacate the review hearing scheduled for March 24, 2020.

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  March 23, 2020           */s/ Susan St. Vincent*
                                 SUSAN ST. VINCENT
                                 Acting Legal Officer
                                 National Park Service
                                 Yosemite National Park


Dated: March 23, 2020            HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ Benjamin A. Gerson*
                                 BENJAMIN A. GERSON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CHAYNA HANLEY

Stipulation to vacate and
Terminate probation;                        -2-

**ORDER**

The court hereby vacates the March 24, 2020 review hearing and terminates Ms. Hanley' term of probation in Case No. 6:18-mj-00067-JDP.

IT IS SO ORDERED.

Dated: __March 24, 2020__    _____
                              UNITED STATES MAGISTRATE JUDGE